THOMSON–HOUSTON ELECTRIC CO. et al. v. NASSAU ELECTRIC R. CO. et al.

(Circuit Court of Appeals, Second Circuit. November 6, 1902.)

No. 2.

1. APPEAL—DISMISSAL—LACK OF SUBSTANTIAL CONTROVERSY.

An appeal from an interlocutory decree finding infringement of a patent presents for review only that part of the decree granting an injunction, and will be dismissed where it is shown that the controversy between the parties in respect to the injunction has been settled.

Appeal from the Circuit Court of the United States for the Eastern District of New York.

On Motion to Dismiss Appeal.

F. H. Betts, for appellants.

John R. Bennett, for appellees.

Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. As the appeal in this cause is from an interlocutory decree, it lies only to that part of the decree which grants an injunction, and if there is no longer any controversy between the parties touching the right of the complainant to enjoin the infringement

alleged in the bill the appeal presents no real controversy for decision. The counsel for the appellant has very properly called the attention of the court to that part of the record which discloses the present relation of the parties to the controversy, and indicates that it has been settled, except as it relates to a recovery of profits and damages, and the statement and documents submitted by counsel for the appellee substantiate what appears in the record.

As there is no real and substantial controversy still existing between the parties which is presented by the appeal, the court ought not to hear the appeal. The appeal is accordingly dismissed.